[Cite as *Kearns v. Fairfield Police Dept.*, 2025-Ohio-2373.]

**IN THE COURT OF CLAIMS OF OHIO**

| | |
|---|---|
| KEVIN KEARNS | Case No: 2025-00017PQ |
| Requester | Judge Lisa L. Sadler |
| v. | <u>JUDGMENT ENTRY</u> |
| FAIRFIELD POLICE DEPARTMENT | |
| Respondent | |

{¶1} In this public-records case, a Special Master has issued a Report and Recommendation (R&R). The Special Master recommends that the court:

(1) Order respondent to produce the video listed in the appendix to this recommendation without the redactions identified in that appendix.

(2) Order respondent to take that action within 30 days of the entry of a judgment regarding this report and recommendation.

(3) Order respondent to certify its performance of that action within 40 days of the entry of a judgment regarding this report and recommendation.

(4) Order that respondent pay requester's filing fee and costs, and

(5) Order respondent to pay the balance of the costs of this case.

{¶2} Neither Requester nor Respondent has filed timely written objections to the Report and Recommendation in accordance with R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects, then this Court "shall promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation." Upon independent review, the Court finds that there is no error of law or other defect evident on the face of the Report and Recommendation. The Court adopts the Report and Recommendation.

{¶3} In accordance with the Special Master's recommendations, the court:

A. Orders respondent to produce the video listed in the appendix to this Judgment without the redactions identified in that appendix.

B. Orders respondent to take that action within 30 days of the entry of this judgment.

C. Orders respondent to certify its performance of that action within 40 days of the entry of this judgment.

D. Orders that respondent pay requester's filing fee and costs.

E. Orders respondent to pay the balance of the costs of this case.

{¶4} The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

<br>

LISA L. SADLER
Judge

### Appendix of Improper Redactions

**(All to video from Officer Son's body worn camera)**

| Time |
|------|
| 0000-01:31 |
| 10:44-11:10 |
| 11:25-11:37 |
| 20:17-20:19 |
| 22:03-22:08 |
| 25:36-25:43 |
| 26:33-26:47 |
| 27:59-37:14 |
| 38:39-38:47 |
| 38:59-39:01 |
| 40:08-40:49 |
| 41:06-41:09 |
| 41:30-41:36 |
| 42:04-42:06 |
| 50:10-53:50 |
| 53:55-1:07:01 |

| |
|---|
| 1:07:35-1:09:10 |
| 1:09:17-1:09:25 |
| 1:09:28-1:09:50 |
| 1:09:53-1:10:02 |
| 1:10:31-1:11:03 |

**Filed June 17, 2025**
**Sent to S.C. Reporter 7/3/25**